UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CLAYTON ARELLANO, | Civil No. 24-2478 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| B. EISCHEN, et al., | |
| Respondent. | |

---

Clayton Arellano, Reg No. 89817-051, FCI Florence, Federal Correctional Institution, Satellite Camp, P.O. Box 5000, Florence, CO 81226, *pro se* petitioner.

Ana H Voss, Kristen Rau, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on December 23, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner Clayton Arellano's Motion for §2241 Habeas Corpus (ECF No. 1) is **DENIED**.

2. This action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 23, 2025
at Minneapolis, Minnesota.

                                                          _s/John R. Tunheim_____
                                                          JOHN R. TUNHEIM
                                                          United States District Judge